UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ILANIT NAKACH,                                              JUDGMENT
                                                                    14-CV- 4820 (WFK)
                               Plaintiff,

     -against-

KORSINSKY & KLEIN, LLP,

                               Defendant.
-------------------------------------------------------X

        Defendant Korsinsky & Klein, LLP having offered Plaintiff Ilanit Nakach to take a judgment against it in this action for the total sum of One Thousand and Five Dollars ($1,005.00) Dollars, plus reasonable attorney's fees and costs to be determined by the Court, payable to Plaintiff Ilanit Nakach for the benefit of all attorneys with an interest in the matter, including counsel of record, and Plaintiff Ilanit Nakach having accepted said offer; it is

        ORDERED and ADJUDGED that judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff Ilanit Nakach and against Defendant Korsinsky & Klein, LLP in the amount of One Thousand and Five Dollars ($1,005.00), plus reasonable attorney's fees and costs to be determined by the Court.

Dated: Brooklyn, New York                                        Douglas C. Palmer
       September 30, 2014                                           Clerk of Court

                                                                       by:    */s/ Janet Hamilton*
                                                                              Deputy Clerk