

                                              Yitzchak Zelman, Esq.
                                              1669 East 12 Street
                                              Brooklyn, NY 11229
                                              (718) 339-0856
                                              yzelman@Sassonlaw.com

                                              October 22, 2014

Honorable Magistrate Judge Joan M. Azrack
Brooklyn Federal Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201
*Via ECF*

                    **Re: Nakach v. Korsinky & Klein, LLP**
                    **Civil No: 1:14-cv-04820-WFK-JMA**

Dear Judge Azrack,

      This firm represents the Plaintiff in the above action.  Please be advised that this matter has been settled, pending the exchange of executed settlement agreements.  It is accordingly requested that this Court issue an Order allowing the parties thirty days to file a Stipulation of Discontinuance, thereby allowing adequate time for the exchange of executed settlement agreements.

      It is further respectfully requested that the Initial Conference currently scheduled in this matter for tomorrow, October 23, 2014, be canceled in light of the above settlement.

      Kindly contact the undersigned with any questions or concerns regarding the foregoing.

                                              Respectfully Submitted,

                                              /s/ Yitzchak Zelman
                                              Yitzchak Zelman, Esq.