UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILANIT NAKACH,

                            14-cv-4820 WFK-JMA

                Plaintiff,

  - against -                              STIPULATION AND ORDER

KORSINSKY & KLEIN, LLP,

                Defendant.
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, being all of the parties that have appeared herein, that:

      1.  Pursuant to rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned Action be and hereby is dismissed with prejudice and without costs to any party.

Dated: Brooklyn, New York
          November 24, 2014

LAW OFFICE OF ALAN J. SASSON, P.C.      KORSINSKY & KLEIN LLP

By: ___/S/ Yitzchak Zelman_____      By: ___/S/ Joseph P. Garland_____
Yitzchak Zelman, Esq. (YZ5857)                 Joseph P. Garland
1669 East 12th Street                                 2926 Avenue L
Brooklyn, New York 11229                    Brooklyn, New York 11210
718-339-0856                                            212-495-8133
*Attorneys for Plaintiff*                             *Attorneys for Defendant*

SO ORDERED:

   s/WFK

_____
  U.S.D.J.